(March 8, 1985)

■ In the Matter of the Application of ERNEST ABDELLA, for Reinstatement as an Attorney. — Application for reinstatement granted and petitioner, Ernest Abdella, reinstated as an attorney and counselor-at-law, effective immediately. Order entered. Mahoney, P. J., Kane, Casey and Mikoll, JJ., concur.